UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Juan Francisco Mendez

      v.                          Case No. 25-cv-147-JL-AJ

Strafford County Department of Corrections
Superintendent Christopher Brackett,
Patricia H. Hyde in her official capacity as the
acting director of the Boston Field Office of
U.S. Immigration and Customs Enforcement,
Kristi Noem in her official capacity as the Secretary
of U.S. Department of Homeland Security,
Pamela Bondi in her official capacity of Attorney General
of the United States and the senior official of the
U.S. Department of Justice

## ORDER

     The court held a hearing by videoconference on the petitioner's request for a TRO. Both the petitioner and the government respondents were represented by counsel (the petitioner's law firm and the USAO DNH, respectively), although all present counsel had limitations on their available information, and based their representations on information provided by attorneys not present: the petitioner's immigration counsel and ICE counsel.

     The court and counsel discussed the implications of the pending I-730 petition, the petitioner's apparent EWI immigration status, the lack of any evidence (at this time) of a criminal record attributable to the petitioner, the lack of any expressed intention on ICE's part to imminently remove the petitioner from the SCHOC, and the petitioner's intention to immediately request the individualized bond hearing that both counsel agreed that the petitioner is entitled to -- if in fact he lacks any criminal record -- and finally, the petitioner's desire to file an amended petition.

     The request for temporary relief remains under advisement, with the proviso (agreed-to by the USAO) that the government respondents will notify this court of any intent to remove the petitioner from the SCHOC at least 72 hours before doing so.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: April 16, 2025

cc: Ryan Sullivan, Esq.
    Anna Dronzek, Esq.